JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAINE K. DIRKS,<br><br>        Plaintiff,<br><br>        v.<br><br>CITIMORTGAGE, INC., a subsidiary of Citibank; CITIBANK, N.A., a Delaware corporation; CENLAR; and DOES 1 through 20 inclusive,<br><br>        Defendants. | Case No.: 8:20-cv-00911-JLS-JDE<br><br>Hon. Judge Josephine L. Staton<br><br>**JUDGMENT** |

Having granted the Motion to Dismiss brought by Defendants (Doc. 48), and having dismissed with prejudice Plaintiff's claims, the Court **HEREBY ORDERS, ADJUDGES, AND DECREES** that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: May 21, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE